U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 14  AM 11: 48

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**VICTOR WADE**                                          **CIVIL ACTION**

**VERSUS**                                               **NO. 06-5698**

**MARLIN GUSMAN, ET AL**                                 **SECTION "N"(4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Victor Wade's Title 42 U.S.C. § 1983 complaint against the defendants, Sheriff Gusman, the Orleans Parish Police Jury, the AZSY Insurance Company, John and/or Joan Doe, the State of Louisiana, the American Civil Liberties Union, and Katie Schwartzmann, Staff Attorney, is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this _14th_ day of _June_, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____